

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ART TOBIAS,

        Plaintiff-Appellee,

 v.

MICHAEL ARTEAGA; et al.,

        Defendants-Appellants,

 and

CITY OF LOS ANGELES; et al.,

        Defendants.

No. 18-56360

D.C. No. 2:17-cv-01076-DSF-AS
Central District of California, Los Angeles

ORDER

Before: WARDLAW and COLLINS, Circuit Judges, and SETTLE,[*] District Judge.

Construing Appellee's petition for rehearing en banc as a petition for panel rehearing, the petition is **GRANTED**. The memorandum disposition and partial dissent filed on February 25, 2020, are withdrawn as to the appeal in *Tobias v. Arteaga*, No. 18-56360, only. Submission of this appeal is vacated pending further order of the court. A new disposition will follow in due course.

Appellants' petition for panel rehearing or rehearing en banc is denied as

---

    [*] The Honorable Benjamin H. Settle, United States District Judge for the Western District of Washington, sitting by designation.

moot. Subsequent petitions for rehearing and rehearing en banc may be filed within 14 days of the issuance of a new disposition.

Nothing in this order shall affect the disposition in *Tobias v. East*, No. 18-56245, for which the mandate has already issued.

**IT IS SO ORDERED.**