UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ART TOBIAS, | No.  18-56360 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:17-cv-01076-DSF-AS Central District of California, Los Angeles |
| v. | |
| MICHAEL ARTEAGA; JEFF CORTINA; J. MOTTO; JULIAN PERE, | ORDER |
| Defendants-Appellants, | |

Before: WARDLAW and COLLINS, Circuit Judges, and SETTLE,* District Judge.

Submission of this case was vacated on August 17, 2020. This case is resubmitted for decision effective as of April 20, 2021. IT IS SO ORDERED.

---

* The Honorable Benjamin H. Settle, United States District Judge for the Western District of Washington, sitting by designation.